# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO MOLINA-RODRIGUEZ, <br><br> Defendant. | Case No.: 16-CR-0160 JM <br><br> **JUDGEMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED**, upon motion of the United States (Doc No.41), that the Information in the above-captioned case is dismissed without prejudice in the interest of justice.

**SO ORDERED**.

Dated: October 20, 2016

JEFFREY T. MILLER
United States District Judge